(88 South. 219)

## Ex parte YORK.
## YORK v. WILLINGHAM.
### (6 Div. 274.)

(Supreme Court of Alabama. Feb. 3, 1921.)

**Habeas corpus ⊜114—Petition dismissed for failure to comply with court rules.**

A writ of certiorari to review a decision of the Court of Appeals affirming a judgment of the circuit court denying a petition in habeas corpus for release of a minor child from a probation officer will be dismissed for lack of compliance with amended Supreme Court rule 42 (198 Ala. xiv, 77 South. vii).

Certiorari to Court of Appeals.

Petition in habeas corpus by Mrs. Susie York for the custody of her minor child, addressed to S. B. Willingham, probation officer. From a judgment denying the writ, the petitioner appealed to the Court of Appeals, which affirmed the judgment (88 South. 218), and the petitioner brings certiorari. Petition dismissed.

Benton & Bentley, of Bessemer, for appellant.

Ben G. Perry, of Bessemer, for appellee.

SAYRE, J. The petition in this case is dismissed for lack of compliance with amended rule 42 (198 Ala. xiv, 77 South. vii).

ANDERSON, C. J., and GARDNER and MILLER, JJ., concur.